IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHERYL DENISE WELCH BROWN                                        PLAINTIFF

V.                                            CIVIL ACTION NO. 3:18-CV-885-KHJ-RPM

RON KING, et al.                                                 RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr. That Report recommends that this Court deny the petition for writ of habeas corpus filed by Cheryl Denise Welch Brown. [23]. Written objections to the Report were due by November 30, 2020. The Report notified the parties that failure to file written objections to the findings and recommendations contained therein by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(b) as legally frivolous and for failure to state a claim on which relief may be granted. A separate Final Judgment will issue this day.

SO ORDERED, this the 15th day of December, 2020.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE